**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

v.                                               No. 4:06CR00082-05 JLH

JACKIE PORCHAY                                                                                                  DEFENDANT

**ORDER**

Jackie Porchay has moved for return of property seized by law enforcement officials during a search of her house. Her motion states that due to the dismissal of the indictment against her, there are no criminal charges pending, so the property should be returned. The United States moved to dismiss the indictment on the grounds that the indictment was returned against Jacquelyn Porchay instead of Jackie Porchay, which was simply a misnomer. The United States reports that the grand jury has returned a true bill on a new indictment correctly naming Jackie Porchay. Ms. Porchay's lawyer has conceded that in light of the new indictment the motion for return of property is moot.

Therefore, the motion for return of property is denied as moot. Document #88.

IT IS SO ORDERED this 11th day of October, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE